IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RONNIE JO JAMES**                                                                                          **PLAINTIFF**

v.                                                                           CIVIL ACTION NO. 2:25-cv-50-TBM-RPM

**WAYNE COUNTY, MISSISSIPPI,**
**SHERIFF JODY ASHLEY, DALE IVY,**
**and ERIC JONES**                                                                                       **DEFENDANTS**

## ORDER

      This matter came before the Court on Defendants' Motion for Judgment on the Pleadings [6]. At the hearing conducted on October 22, 2025, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions. There, the Court dismissed Plaintiff's claims against Wayne County, Mississippi, Sheriff Jody Ashley, and Dale Ivy with prejudice. The Court declined to dismiss Plaintiff's claims of failure to provide medical treatment against Eric Jones.

      For all of the reasons stated at the hearing:

      IT IS ORDERED that Defendants' Motion for Judgment on the Pleadings [6] is GRANTED in PART and DENIED in PART. Plaintiff's claims against Wayne County, Mississippi, Sheriff Jody Ashley, and Dale Ivy are dismissed with prejudice and these Defendants will be terminated on the docket.

      This, the 22nd day of October, 2025.

                                                          TAYLOR B. McNEEL
                                                          UNITED STATES DISTRICT JUDGE